To the Honorable Judge Walton,

I write this with a heavy heart as I have reviewed the documents, videos and statements collected about my behaviors on January 6, 2021 against our Brave Men and Women of Blue and am thoroughly remorseful, ashamed and appalled as to why I would have acted in such a way.

Internally as I reflected on these events I know my actions do not reflect my true self and inner being. It is not an excuse and I am not refuting or rebutting my behavior. I ask that when sentencing me that you may take into account my true character of living a professional life w/o incident for 20+ years or any prior charges. In my profession I uphold the everyday person at the upmost level of respect and how I deviated from such professionalism has me completely bewildered as I cannot come up with any justified reason why I acted in such a way on that day other than I was taken away in the moment and was deluded into thinking I was somehow acting patriotically and as a human I made these regrettable mistakes. For the most part I have exemplified obedience to the law (other than an occasional traffic ticket/violation) with this one exception of disturbing/humiliating misconduct/behavior. I am without a doubt truly startled, shocked, and confounded as I reviewed my activities on that date,

I thank you for your time in reading this letter and I do sincerely apologize for my actions.

With Respect,

*[signature]*

Jonathan Grace