**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>   **v.**<br><br>**JONATHAN GRACE,**<br><br>   **Defendant.** | **Case No. 23-cr-138-002 (RBW)** |

**GOVERNMENT'S INDEX OF VIDEO FOOTAGE**
**IN SUPPORT OF SENTENCING MEMORANDUM**

In support of the Government's sentencing memorandum, ECF No. 118, the United States

will make the following video evidence available to the Court by CD and to counsel electronically:

| No. | File Name | Length | Source | Description |
|---|---|---|---|---|
| 1 | Tunnel CCTV 2:49 p.m. to 3:30 p.m. | 40min59sec | CCTV | *Facts described on pages 5, 6, 7 (Images 1-3, 6, 7, 11, 12)*<br><br>22min47sec: Grace entering the tunnel (Image 1)<br><br>22min50sec to 23min19sec: Grace joining heave ho pushing (Images 2-3)<br><br>23min19sec to 24min40sec: Grace and others pushing into police line<br><br>25min15sec to 26min05sec: Grace just outside mouth of tunnel (still wearing brown beanie) coordinating with other rioters<br><br>26min05sec to 26min22sec: Grace removing backpack and beanie and handing both items to Vanessa Grace (Image 6)<br><br>26min36sec: Grace re-entering tunnel for second time (Image 7) |

| | | | | 26min41sec to 29min00sec: Grace pushing into police line<br><br>29min00sec to 29min32sec: officers pushing rioters out<br><br>29min32sec: Grace grasping on to mouth of tunnel (Image 11)<br><br>29min42sec: Grace exiting tunnel as Officer Fanone gets pulled into crowd (Image 12) |
|---|---|---|---|---|
| 2 | Tunnel CCTV 3:30 p.m. to 4:15 p.m. | 44min59sec | CCTV | *Facts described on pages 9-15 (Images 14, 16, 19, 20, 21, 22, 23, 26)*<br><br>9min39sec: Grace reapproaching tunnel for third time (Image 14)<br><br>10min31sec: Grace maneuvering to the front of the rioters, directly in front of the police line<br><br>12min22sec: Grace starts pushing into police line (Image 16)<br><br>20min10sec: Grace pushing into police line, makes progress into tunnel (Image 19)<br><br>24min51sec to 27min00sec: Rioters violently attacking officers as Grace remains pushing into police line (Images 20, 21)<br><br>30min55sec: Grace pushing into police line (Image 22)<br><br>35min31sec: Grace at front of rioters, pushing directly into police line (Image 26) |
| 3 | Farina Video | 29min22sec | Third Party Footage | *Facts described on pages 5-6 (Image 4)*<br><br>21min04sec: rioters heave ho pushing, Grace in middle of |

| | | | | |
|---|---|---|---|---|
| | | | | crowd<br><br>21min08sec: Officer Hodges getting crushed by weight of rioters' heave ho pushes |
| 4 | Cantwell Video | 4min06sec | Third Party Footage | *Facts described on pages 4-5*<br><br>:45sec to 1min05sec: Grace and rioters moving in unison into police line |
| 5 | Just Another Channel Video | | Open Source Footage | *Facts described on pages 7-8 (Image 8)*<br><br>:21sec: Grace turning to yell to other rioters |
| 6 | MPD Body Worn Camera Footage 1 | 14min52sec | Body Worn Camera | *Facts described on page 16 (Image 27)*<br><br>1min35sec to 3min05sec: Grace at front of police line, midway into the tunnel, pushing into officers with his back<br><br>5min07sec: Grace grasping onto wall<br><br>6min37sec: Grace gets sprayed with chemical irritant and exits the tunnel |
| 7 | MPD Body Worn Camera Footage 2 | 17min33sec | Body Worn Camera | *Facts described on pages 10-11 (Images 17, 18)*<br><br>5min54sec: Grace approaching front of police line<br><br>6min15sec to 10min23sec: Grace and other rioters pushing into police line<br><br>10min24sec: Grace using shoulder to push directly into police line (Image 17)<br><br>10min24sec to 11min42sec: Grace pushing into police line<br><br>11min43sec: Grace using his back to push into police officers (Image 18) |

| | | | | 11min44 to 13min46sec: Grace continues pushing into police line |
|---|---|---|---|---|
| 8 | MPD Body Worn Camera Footage 3 | 4min09sec | Body Worn Camera | *Facts described on pages 13-15 (Images 23, 24, 25)*<br><br>:17sec: Grace pushing into police officer with his back (Image 23)<br><br>:18sec to :39sec: Grace continues pushing into police officer<br><br>:40secto :54sec: rioter sprays into tunnel as Grace continues pushing into police officer (Images 24-25) |
| 9 | MPD Body Worn Camera Footage 4 | 5min16sec | Body Worn Camera | *Facts described on pages 7-8*<br><br>2min28sec to 4min45sec: vantage point from police line as Grace and rioters push |

The Government has also made available a Victim Impact Statement by Metropolitan Police Department Commander Kyle Ramey.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
DC Bar No. 481052

By:      /s/ *Ashley Akers*
ASHLEY AKERS
MO Bar No. 69601
Trial Attorney, U.S. Department of Justice
Capitol Riot Detailee
601 D Street, N.W.
Washington, D.C. 20002
Tel: (202) 353-0521
Ashley.Akers@usdoj.gov

4