UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | Case No. 23-cr-138 (RBW) |
| v. | : | |
| | : | |
| RICHARD COOK and WILLIAM PATRICK SARSFIELD III, | : | |
| | : | |
| | : | |
| Defendant. | : | |

## GOVERNMENT'S PROPOSED STATEMENT OF THE CASE

This is a criminal case. The United States has charged the defendants, Richard Cook and William Patrick Sarsfield III, with violations of federal law based on their alleged conduct at the grounds of the United States Capitol on January 6, 2021. Mr. Cook and Mr. Sarsfield have both pleaded not guilty to each of the allegations against them. Both Mr. Cook and Mr. Sarsfield are presumed innocent of the allegations unless and until the government proves each element of the charge(s) beyond a reasonable doubt.

In particular, the United States alleges that Mr. Cook unlawfully obstructed law enforcement officers during a civil disorder; that he unlawfully entered and remained on the restricted grounds of the U.S. Capitol; that he engaged in physical violence on U.S. Capitol grounds; and that he impeded passage through and within the U.S. Capitol grounds.

Likewise, the United States alleges that Mr. Sarsfield unlawfully obstructed law enforcement officers during a civil disorder; that he unlawfully entered and remained on the restricted grounds of the U.S. Capitol; that he engaged in physical violence on U.S. Capitol grounds; and that he impeded passage through and within the U.S. Capitol grounds.

FOR THE UNITED STATES

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

<div style="display: flex;">

*/s/ Sean J. Brennan*
SEAN J. BRENNAN
Assistant United States Attorney
NY Bar No. 5954128
601 D Street NW
Washington, DC 20530
sean.brennan@usdoj.gov
(202) 252-7125

/s/ *Ashley Akers*
ASHLEY AKERS
Trial Attorney
MO Bar No. 69601
U.S. Attorney's Office
District of Columbia
601 D Street NW
Washington, DC 20530
Ashley.Akers@usdoj.gov
(202) 353-0521

</div>

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | Case No. 23-cr-138 (RBW) |
| v. | : | |
| | : | |
| RICHARD COOK and WILLIAM PATRICK SARSFIELD III, | : | |
| | : | |
| | : | |
| Defendant. | : | |

## DEFENDANTS' PROPOSED STATEMENT OF THE CASE

1. The events of this case occurred on January 6, 2021 outside the United States Capitol located at First Street Southeast in Washington, D.C. Restrictions around the perimeter of the Capitol included temporary security barriers and posts.

2. Mr. Cook and Mr. Sarsfield do not know each other. Each defendant arrived separately at the Capitol around 3:10 P.M. At that time the temporary barriers had been removed by earlier rioters.

3. Each defendant made his way to the Lower West Tunnel. Shortly thereafter each defendant left the tunnel. Cook returned to his hotel. Sarsfield returned to his vehicle.

4. Both Mr. Cook and Mr. Sarsfield have pled not guilty to the charges which is their right under our Constitution.


FOR THE DEFENDANTS

RICHARD COOK                           WILLIAM PATRICK SARSFIELD III
Defendant                              Defendant


*/s/ Kira Anne West*                   */s/ H. Heather Shaner*
KIRA ANNE WEST                         H. HEATHER SHANER
Law Office of Kira West                Law Offices of H. Heather Shaner
712 H Street NE                        1702 S Street NW
Unit 509                               Washington, DC 20009
Washington, DC 20002                   hhsesq@aol.com
kiraannewest@gmail.com                 (202) 265-8210
(202) 236-2042