United States District Court for the District of Columbia

UNITED STATES OF AMERICA )
)
vs. )   Criminal No. 23-138 (RBW)
)
Richard Cook )

## NOTICE OF APPEAL

Name and address of appellant:
Richard Cook - CTF
1901 E St. S.E.
Washington, DC 20003

Name and address of appellant's attorney:
Kira Anne West
712 H St. NE, Suite 509
Washington, DC 20002

Offense: 18 USC 231(a)(3), 1752(a)(1), (a)(2),(a)(4) + 5104(e)(2)(E), (e)(2)(F)

Concise statement of judgment or order, giving date, and any sentence: August 28, 2024, 18 months on count 1 and 3 year Supervised Release, 12 months on 1752 counts, and 6 month on 5104 counts

Name and institution where now confined, if not on bail:
CTF, Washington, DC (a division of DC jail)

I, the above named appellant, hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the above-stated judgment.

9/1/24
DATE

Richard Cook by Kira West
APPELLANT
Kira Anne West
ATTORNEY FOR APPELLANT

GOVT. APPEAL, NO FEE
CJA, NO FEE
PAID USDC FEE
PAID USCA FEE

Does counsel wish to appear on appeal?    YES    **NO**
Has counsel ordered transcripts?    YES    **NO**
Is this appeal pursuant to the 1984 Sentencing Reform Act?    **YES**    NO