Jamie McGrady
Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
188 W. Northern Lights Blvd., Suite 700
Anchorage, Alaska 99503
Phone: (907) 646-3400
Fax: (907) 646-3480
Email: jamie_mcgrady@fd.org

*Counsel for Defendant Arthur Reyher*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff<br><br>vs.<br><br>ARTHUR REYHER,<br><br>      Defendant. | Case No. 1:23-cr-00138-RBW-5 |

**MOTION TO VACATE JUDGMENT**

COMES NOW Defendant Arthur Reyher, by and through undersigned counsel, and hereby moves the Court to vacate the Judgment entered at Docket 166. As evidenced by Defendant's filing at Docket 293, Reyher has been pardoned for the offense to which he pled guilty in this case. Accordingly, the judgment should be vacated with prejudice.

DATED at Anchorage, Alaska this 3rd day of February, 2025.

                                            Respectfully submitted,

                                            FEDERAL PUBLIC DEFENDER
                                            DISTRICT OF ALASKA

                                            */s/ Jamie McGrady*
                                            Jamie McGrady
                                            Federal Defender

<u>Certificate of Service</u>:

I hereby certify that I electronically filed the foregoing and any attachments with the Clerk of Court for the United States District Court for the District of Alaska by using the district's CM/ECF system on February 3, 2025. All participants in this case are registered CM/ECF users and will be served by the district's CM/ECF system.

*/s/ Jamie McGrady*